Franklin Land Company et al. *v.* Borough of Fox Chapel. James J. Ryan, Jr. and Susan E. Ryan, Appellants.

Argued October 30, 1978, before Judges Wilkinson, Jr., Rogers and MacPhail, sitting as a panel of three.

*A. Bruce Bowden,* with him *John R. Johnson,* and *Buchanan, Ingersoll, Rodewald, Kyle & Buerger,* for Borough of Fox Chapel.

*T. Lawrence Palmer,* with him *Jay D. Glasser,* and *Hollinshead and Mendelson,* for Franklin Land Company and John Hobart Miller, Inc.

*Michael D. DeMarco,* for James J. Ryan and Susan E. Ryan.

*Victor R. Delle Donne,* with him *Baskin, Boreman, Wilner, Sachs & Gondelman,* for Tasso and Jane Katselas, Seymour Baskin and National Development Corporation.

*J. Scott Calkins, Loudon L. Campbell,* and *Shaffer, Calkins & Balaban,* for amicus curiae, Pennsylvania Builders Association.

PER CURIAM ORDER

AND Now, this 14th day of December, 1978, after a careful review of the record and pleadings, we affirm on the unreported opinion of Judge WATSON of the Allegheny County Court of Common Pleas, Civil Division, dated February 23, 1978, and entered to No. 2 Road Docket December, 1976.